UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RUSSELL W. BRADLEY,

    Plaintiff,

v.                                                  Case No. 3:19cv567-RV-HTC

BRANDON M. GODFREY,
DEPUTY, et al.,

    Defendants.
_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated September 10, 2019. (Doc. 11). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed, but Plaintiff filed a Second Amended Complaint (Doc. 12) on September 26, 2019, without leave of Court. It contains the same deficiencies as the First Amended Complaint, and will also be dismissed.

Having considered the Report and Recommendation, and the Second Amended Complaint, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order. The First and Second Amended Complaints are dismissed for failure to state a claim on which relief can be granted.

2. This case is **DISMISSED WITHOUT PREJUDICE** pursuant to 28 U.S.C. § 1915(g).

3. The clerk is directed to close the file.

**DONE AND ORDERED** this 9th day of October, 2019.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**